# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jolson, Kimberly A. | US District Court for the Southern District of Ohio | 11/06/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full-time Magistrate Judge | ☐ Nomination    Date<br>☑ Initial    ☐ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 01/01/2015<br>to<br>05/11/2016 |

**7. Chambers or Office Address**

235 Joseph P. Kinneary U.S. Courthouse
85 Marconi Blvd
Columbus, OH 43215

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jolson, Kimberly A. | 11/06/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Jones Day, employed as attorney | $168,536.00 |
| 2. 2015 | Jones Day, employed as attorney | $179,070.00 |
| 3. 2016 | Jones Day, employed as attorney | $5,700.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Jones Day, employed as attorney |
| 2. 2014 | Nationwide Mutual Insurance Company, employed as attorney |
| 3. 2015 | Nationwide Mutual Insurance Company, employed as attorney |
| 4. 2016 | Nationwide Mutual Insurance Company, employed as attorney |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. EXEMPT | EXEMPT | EXEMPT | EXEMPT | EXEMPT |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jolson, Kimberly A. | 11/06/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | EXEMPT | EXEMPT | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Education Services | Student Loan | K |
| 2. | American Education Services | Student Loan | J |
| 3. | EdFinancial | Student Loan | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jolson, Kimberly A. | 11/06/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Aggressive Age-Based College Advantage 529 Vanguard Port. & 500 Index | A | Interest | J | T | Exempt | | | | |
| 2. Aggressive Age-Based College Advantage 529 Vanguard Port. & 500 Index | A | Interest | J | T | Exempt | | | | |
| 3. Fidelity 401K, 2045 Model Portfolio Recordkeeping Service | | None | M | T | Exempt | | | | |
| 4. Wells Fargo 401K, Jones Day 2015 Fund & Jones Day 2045 Fund | | None | M | T | Exempt | | | | |
| 5. Ohio Public Employees Retirement System (see attached) | | None | K | T | Exempt | | | | |
| 6. Guardian Whole Life Insurance Policy | A | Interest | K | T | Exempt | | | | |
| 7. Capital One Savings Cash Account | A | Interest | J | T | Exempt | | | | |
| 8. Bond PIMCO Total Return ETF | A | Dividend | J | T | Exempt | | | | |
| 9. SPLV Powershares SNP 500 | A | Dividend | J | T | Exempt | | | | |
| 10. BP PLC-ADR | A | Dividend | J | T | Exempt | | | | |
| 11. GE Co. Stock | A | Dividend | J | T | Exempt | | | | |
| 12. PSCH Powershares ETF | | None | J | T | Exempt | | | | |
| 13. SCHG Schwab Strategic TR | A | Dividend | J | T | Exempt | | | | |
| 14. VDE Vanguard Energy ETF | A | Dividend | J | T | Exempt | | | | |
| 15. Vanguard Index Fund | | None | J | T | Exempt | | | | |
| 16. USAA Whole Life Insurance | A | Interest | J | T | Exempt | | | | |
| 17. USAA Universal Life Insurance | A | Interest | J | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Additional Investment for Part VII:

USAA Universal Life Insurance II, A , Interest, J, T, Exempt

Ohio PERS Funds:

-OPERS Stable Value Fund
-OPERS Bond Index Fund
-OPERS Stock Index Fund
-OPERS Large Cap Index Fund
-OPERS Small Cap Index Fund
-OPERS Non-US Stock Index Fund

My husband and I have a Health Savings Account through Nationwide Mutual Insurance Company (his employer):

Wageworks BNY Mellon Health Savings Account
- Interest-Bearing Bank Portion - $490 (paid $1.36 in interest to date)
- Fidelity Spartan International Index - $397.41 (paid $.56 dividend to date)
- Fidelity Spartan Total Market Index - $850.78 (paid $2.46 dividend to date)
- Dreyfus Bond Market Index Fund - $460.63 (paid $1.27 dividend to date)

| Name of Person Reporting | Date of Report |
|---|---|
| Jolson, Kimberly A. | 11/06/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kimberly A. Jolson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544